NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JORGE SANCHEZ,**
*Plaintiff-Appellant*

**v.**

**TIFFANY BELL, Officer, SHAWDE CALLENDER, Lieutenant,**
*Defendants-Appellees*

---

2024-1518

---

Appeal from the United States District Court for the District of Connecticut in No. 3:22-cv-01087-SVN, Judge Sarala V. Nagala.

---

PER CURIAM.

**O R D E R**

In response to this court's March 19, 2024 show cause order, appellees urge dismissal while Jorge Sanchez appears to argue in favor of this court's jurisdiction.

On February 12, 2024, the district court entered judgment against Mr. Sanchez on his claims under the Americans with Disabilities Act, the Rehabilitation Act, and the First and Eighth Amendments to the U.S. Constitution. On February 15, 2024, Mr. Sanchez filed a notice of appeal

directed to this court, and, on February 29, 2024, he filed a notice of appeal to the United States Court of Appeals for the Second Circuit.

Our jurisdiction to review decisions of federal district courts generally extends only to cases arising under the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see* § 1295(a)(4)(C); and cases involving certain damages claims against the United States "not exceeding $10,000 in amount," 28 U.S.C. § 1346(a)(2), *see* 28 U.S.C. § 1295(a)(2); 28 U.S.C. § 1292(c)(1).  Mr. Sanchez's appeal falls outside of that limited subject matter jurisdiction.  Dismissal, rather than transfer, is appropriate because Mr. Sanchez has already filed an appeal from the same judgment with the Second Circuit, *see* 28 U.S.C. §§ 41, 1291, 1294.

Accordingly,

IT IS ORDERED THAT:

(1)  The appeal is dismissed for lack of jurisdiction.

(2)  All pending motions are denied.

(3)  Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

May 20, 2024
Date